CREDITOR LIST:

Deutsche Bank National Trust Company, as trustee
c/o McGlinchey Stafford PLLC
112 West 34th Street, Suite 1403
New York, NY 10120